**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00072-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE TOMAS DIAZ-GARCIA,
  a/k/a Chenco Chapas-Hernandez,
  a/k/a Crescencio Garcias-Leon,
  a/k/a Jose Diaz,
  a/k/a Humberto Maradiaga-Leon,
  a/k/a Maximo Suniga-Sanchez,

    Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **March 8, 2010** and responses to these motions shall be filed by **March 15, 2010**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **April 8, 2010 at 9:30 a.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a three-day jury trial is set to commence **April 19, 2010 at 9:00 a.m.**, in Courtroom A602.

DATED: February __22__, 2010      BY THE COURT:

                                                                     *[signature]*

                                                        CHRISTINE M. ARGUELLO
                                                        United States District Judge