IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00072-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE TOMAS DIAZ-GARCIA,
  a/k/a Chenco Chapas-Hernandez,
  a/k/a Crescencio Garcias-Leon,
  a/k/a Jose Diaz,
  a/k/a Humberto Maradiaga-Leon,
  a/k/a Maximo Suniga-Sanchez,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    This matter is before the Court *sua sponte*. Because a conflict has arisen on this Court's docket, the Change of Plea hearing currently set for April 30, 2010 at 1:30 p.m., in Courtroom A602 of the Arraj Courthouse, is RESET to April 30, 2010 **at 9:00 a.m.**

    DATED: April 19, 2010